# IN THE UNITED STATS DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| EMKO, INC. AND BALKAN LOGISTICS GROUP, INC., | )<br>)<br>) |
| PLAINTIFF, | )<br>) |
| v. | ) Case No. 1:25-cv-5347<br>) |
| JASMINA DIMITROV, | )<br>)<br>) |
| Defendant. | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P 7.1 and Local Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiffs, EMKO Inc. and Balkan Logistics Group, Inc., by their undersigned counsel, hereby notifies the Court as follows:

EMKO, Inc. is an Illinois corporation that is headquartered in Burr Ridge, Illinois. EMKO, Inc. has no publicly-held affiliates and no publicly-held corporation owns more than ten percent (10%) of its stock.

Balkan Logistics Group, Inc. ("Balkan Logistics"), is an Illinois corporation that is headquartered in La Grange, Illinois. Balkan Logistics Group, Inc. has no publicly-held affiliates and no publicly-held corporation owns more than ten percent (10%) of its stock.

Dated: May 14, 2025

Respectfully submitted,

**EMKO, INC. and BALKAN LOGISTICS GROUP, INC.**

By: /s/ *Max A. Stein*
One of its attorneys

Max A. Stein (ARDC No. 6275993)
Keith M. Stolte (ARDC No. 6244848)

MAXSON MAGO & MACAULAY LLP
77 W. Wacker, Suite 4500
Chicago, IL 60601
(312) 899-6408
mstein@em3law.com
kstolte@em3law.com