# IN THE UNITED STATS DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| EMKO, INC. AND BALKAN LOGISTICS GROUP, INC., | )<br>)<br>) |
| PLAINTIFF, | )<br>)<br>) |
| v. | ) Case No. 1:25-cv-5347<br>)<br>) |
| JASMINA DIMITROV, | )<br>) |
| Defendant. | |

## **PLAINTIFF'S NOTICE OF PAYMENT OF COURT FILING FEE**

Plaintiffs, EMKO Inc. and Balkan Logistics Group, Inc., by their undersigned counsel, hereby notifies the Court that they have submitted the required civil filing fee even though it was not reflected on the docket text of the filed complaint. The receipt numbers for the transaction were:

Tracking Id: AILNDC-23485577          Approval Code: 657590

Dated: May 14, 2025               Respectfully submitted,

**EMKO, INC. and BALKAN LOGISTICS GROUP, INC.**

By: /s/ *Max A. Stein*
     One of its attorneys

Max A. Stein (ARDC No. 6275993)
Keith M. Stolte (ARDC No. 6244848)
MAXSON MAGO & MACAULAY LLP
77 W. Wacker, Suite 4500
Chicago, IL 60601
(312) 899-6408
mstein@em3law.com
kstolte@em3law.com