IN THE UNITED STATS DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EMKO, INC. AND BALKAN LOGISTICS GROUP, INC., ) ) ) PLAINTIFF, ) ) v. ) ) JASMINA DIMITROV, ) ) Defendant. ) | Case No. 1:2025-cv-05347 Hon. Andrea R. Wood |

## MOTION TO RESET INITIAL STATUS HEARING

Plaintiffs EMKO, Inc. and Balkan Logistics Group, Inc. (collectively, "Plaintiffs"), through their undersigned counsel, bring this motion to reset the date for the initial status hearing in this matter.

1. Plaintiffs filed their Complaint in this case on May 14, 2025. Doc. # 1.

2. On May 28, 2025, the Court entered a Minute Order setting a telephonic initial status hearing for July 16, 2025 at 9:15 AM and requiring a joint written status report be filed at least 7 days before that hearing.

3. After filing their Complaint, Plaintiffs attempted to serve the Complaint and related filings on Defendant but were not successful. Ultimately, Plaintiffs secured agreement from Defendant to waive service and is awaiting return of the signed waiver of service.

4. As a result of that agreement, Defendant's response to the Complaint is now due no later than 60 days from July 2, 2025.

5. In the course of obtaining Defendant's agreement to waive service, Plaintiffs learned that Defendant has recently retained counsel to represent her in this matter.

6. To allow time for counsel to discuss matters related to this case generally and relevant to the initial status hearing and accompanying joint status report in particular, Plaintiffs now respectfully request that the Court reset the initial status hearing by at least 14 days.

7. Prior to filing this Motion, Plaintiffs' counsel informed Defendant's expected counsel that Plaintiffs intended to make this request and Defendant's expected counsel had no objection.

WHEREFORE, Plaintiffs EMKO, Inc. and Balkan Logistics Group, Inc. respectfully request that the Court reset the date for the initial status hearing in this matter by at least 14 days and grant such further relief as the Court deems appropriate.

Dated: July 9, 2025                                     Respectfully submitted,

**EMKO, INC. and BALKAN LOGISTICS GROUP, INC.**

By: /s/ *Max A. Stein*
     One of its attorneys

Max A. Stein (ARDC No. 6275993)
Keith M. Stolte (ARDC No. 6244848)
MAXSON MAGO & MACAULAY LLP
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mstein@em3law.com
kstolte@em3law.com