## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

EMKO, Inc., et al.

                Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:25−cv−05347
　　　　　　　　　　　　　　　　　　　Honorable Andrea R. Wood

Jasmina Dimitrov

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

    Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision and settlement conference. Mailed notice. (kp, )

Dated: September 29, 2025

                                                    /s/ Andrea R. Wood

                                                  United States District Judge