# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

EMKO, Inc., et al.

                     Plaintiff,

v.                                                      Case No.: 1:25−cv−05347
                                                                         Honorable Andrea R. Wood

Jasmina Dimitrov

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 29, 2025:

      MINUTE entry before the Honorable Maria Valdez: This case has been referred to Judge Valdez for discovery supervision and to conduct a settlement conference. The parties must file a joint status report with a proposed scheduling order no later than 12/19/25. If the parties wish to begin the process of scheduling a settlement conference at any time prior to that date, they should notify the Court. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.