# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| EMKO, INC. and BALKAN LOGISTICS GROUP, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:25-cv-5347 |
| | ) | |
| v. | ) | |
| | ) | |
| JASMINA DIMITROV, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned, an attorney, being first duly sworn on oath, deposes and states that on the **28th** day of **October 2025**, he served a copy of the following:

- **Defendant's First Set of Interrogatories to Plaintiffs**
- **Defendant's First Set of Requests for Production to Plaintiffs**

                                              **JASMINA DIMITROV**

                                          By: /s/ *Howard L. Teplinsky*
                                                  One of Her Attorneys

Howard L. Teplinsky (No. 6197501)
Caitlin Chenus (No. 6343085)
LEVIN GINSBURG
Attorneys for Jasmina Dimitrov
180 N. LaSalle St., Suite 2750
Chicago, IL 60601
***hteplinsky@levinginsburg.com***
***cchenus@levinginsburg.com***

## CERTIFICATE OF SERVICE

      I, Howard L. Teplinsky, an attorney, hereby certified that I caused a true and correct copy of the foregoing ***Certificate of Service of Discovery*** on all parties registered to receive notice through the court: s ECF filing system on this second day of **October 28, 2025**.

                                                  */s/ Howard L. Teplinsky*