# IN THE UNITED STATS DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| EMKO, INC. AND BALKAN LOGISTICS GROUP, INC., | ) )  ) |
| PLAINTIFFS, | ) ) ) |
| v. | ) ) ) |
| JASMINA DIMITROV, | ) ) ) |
| Defendant. | ) |

Case No. 1:2025-cv-05347

Hon. Andrea R. Wood

## CERTIFICATE OF SERVICE OF DISCOVERY ANSWERS

The undersigned, an attorney, being first duly sworn on oath, deposes and states that on the **25th** day of **November 2025**, he served a copy of the following:

- **Jasmina Dimitrov's Answers to Emko, Inc.'s First Set of Interrogatories;**
- **Jasmina Dimitrov's Answers to Plaintiffs' First Set of Requests for the Production of Documents and Things;**
- **Jasmina Dimitrov's Answers to Emko, Inc.'s First Set of Requests to Admit;**
- **Link to Jasmina Dimitrov's Document Production, and**
-  **Certificate of Service of Discovery Answers.**

      Respectfully submitted,
      **JASMINA DIMITROV**

      By:  /s/ *Howard L. Teplinsky*
              One of Her Attorneys

Howard L. Teplinsky (No. 6197501)
Caitlin Chenus (No. 6343085)
LEVIN GINSBURG
Attorneys for Jasmina Dimitrov
180 N. LaSalle St., Suite 2750
Chicago, IL 60601
***hteplinsky@levinginsburg.com***
***cchenus@levinginsburg.com***

## **CERTIFICATE OF SERVICE**

      I, Howard L. Teplinsky, an attorney, hereby certified that I caused a true and correct copy of the foregoing ***Certificate of Service of Discovery*** on all parties registered to receive notice through the court's ECF filing system on **November 25, 2025**.

                                       *s/ Howard L. Teplinsky*