**IN THE UNITED STATS DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EMKO, INC. AND BALKAN LOGISTICS GROUP, INC., <br><br> PLAINTIFFS, <br><br> v. <br><br> JASMINA DIMITROV, <br><br> Defendant. | ) <br> ) <br> ) Case No. 1:2025-cv-05347 <br> ) <br> ) Hon. Andrea R. Wood <br> ) <br> ) Magistrate Judge Maria Valdez <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Plaintiffs EMKO, Inc. ("EMKO") and Balkan Logistics Group, Inc. ("Balkan Logistics" and, collectively with EMKO, the "Plaintiffs") and Defendant Jasmina Dimitrov ("Defendant"), through their respective undersigned counsel, hereby submit this Joint Status Report as ordered by the Court, Docket No. 29.

The parties have exchanged written discovery and are in the process of beginning depositions, starting with the deposition of Nicola Dimitrov, as representative of the Plaintiffs, on April 21, 2026 and then Defendant Jasmina Dimitrov on May 14, 2026. There may yet be subpoenas to certain third parties for additional written materials and/or depositions. The parties currently do not anticipate seeking to take more than 10 depositions (and likely significantly less than that). The parties continue to anticipate that oral fact discovery should be completed by May 29, 2026, roughly 120 days from the close of written fact discovery.

Dated:  March 19, 2026                              Respectfully submitted,

**PLAINTIFFS EMKO, INC. and**              **JASMINA DIMITROV**
**BALKAN LOGISTICS GROUP, INC.**

By:____/s/ *Max A. Stein*_____        By:_____/s/ *Howard L. Teplinsky*_____
       One of their attorneys                          One of her attorneys

Max A. Stein (ARDC No. 6275993)            Howard L. Teplinsky (ARDC No. 6197501)
Keith M. Stolte (ARDC No. 6244848)         Caitlin Chenus (ARDC No. 6343085)
MAXSON MAGO & MACAULAY LLP                 LEVIN GINSBURG
77 W. Wacker Drive, Suite 4500             180 N. LaSalle St., Suite 2750
Chicago, IL 60601                          Chicago, IL  60601
mstein@em3law.com                          hteplinsky@levinginsburg.com
kstolte@em3law.com                         cchenus@levinginsburg.com

2