**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EMKO, INC. and BALKAN LOGISTICS GROUP, INC., | ) <br> ) <br> ) Case No. 1:25-cv-5347 <br> ) <br> ) Hon. Andrea R. Wood <br> ) <br> ) Magistrate Judge Maria Valdez <br> ) <br> ) <br> ) |
| *Plaintiffs*, | |
| v. | |
| JASMINA DIMITROV, | |
| *Defendant.* | |

## UNOPPOSED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiffs EMKO, Inc. and Balkan Logistics Group, Inc., respectfully move the Court, pursuant to Fed. R. Civ. P. 26(c)(1)(G), to enter the proposed Agreed Protective Order, attached hereto and submitted to the Court via email at Proposed_Order_Valdez@ilnd.uscourts.gov. The parties agree that entry of the proposed Agreed Protective Order, which counsel for all parties have executed, is necessary in order to protect certain confidential information that has or will be exchanged during discovery and used in the litigation.

Counsel for Defendant Jasmina Dimitrov does not oppose the instant motion.

Dated: March 19, 2026

Respectfully submitted,

EMKO, INC. and
BALKAN LOGISTICS GROUP, INC.

By: ___/s/ *Max A. Stein*_____
    One of its attorneys

Max A. Stein (ARDC No. 6275993)
Keith M. Stolte (ARDC No. 6244848)
MAXSON MAGO & MACAULAY LLP
77 W. Wacker, Suite 4500
Chicago, IL 60601
mstein@em3law.com
kstolte@em3law.com