**IN THE UNITED STATS DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EMKO, INC. and BALKAN LOGISTICS GROUP, INC., | ) | |
| | ) | |
| | ) | Case No. 1:25-cv-05347 |
| PLAINTIFF, | ) | |
| | ) | Hon. Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| JASMINA DIMITROV, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiffs EMKO, Inc. ("EMKO") and Balkan Logistics Group, Inc. ("Balkan Logistics" and, collectively with EMKO, the "Plaintiffs") and Defendant Jasmina Dimitrov ("Defendant"), through their respective undersigned counsel, hereby submit this Status Report as ordered by the Court, Doc. 35.

The parties have exchanged written discovery and completed the depositions of Nicola Dimitrov, as representative of the Plaintiffs, on April 21, 2026, and Defendant Jasmina Dimitrov on May 14, 2026. Additionally, Plaintiffs have served third-party subpoenas for documents and depositions on Lupus 7 and Vlatko Stoimenovski, noticing them for May 26, 2026. If needed, the parties may agree for the depositions to occur after the May 29, 2026 deadline for completion of oral discovery. Otherwise, the parties do not anticipate that oral discovery will need to extend beyond the current deadline.

Dated: May 19, 2026

Respectfully submitted,

**PLAINTIFFS EMKO, INC. and
BALKAN LOGISTICS GROUP, INC.**

**JASMINA DIMITROV**

By:   /s/ *Max A. Stein*

One of its attorneys

By:   /s/ *Howard L. Teplinsky*

One of her attorneys

Max A. Stein (ARDC No. 6275993)
Keith M. Stolte (ARDC No. 6244848)
MAXSON MAGO & MACAULAY LLP
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mstein@em3law.com
kstolte@em3law.com

Howard L. Teplinsky (No. 6197501)
Caitlin Chenus (No. 6343085)
LEVIN GINSBURG
180 N. LaSalle St., Suite 2750
Chicago, IL 60601
hteplinsky@levinginsburg.com
cchenus@levinginsburg.com

2