## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

EMKO, Inc., et al.

                         Plaintiff,

v.
                                         Case No.: 1:25–cv–05347
                                         Honorable Andrea R. Wood

Jasmina Dimitrov

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 19, 2026:

      MINUTE entry before the Honorable Maria Valdez: The Court has reviewed the parties' joint status report [38]. The parties shall file a further joint status report no later than 7/19/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.