**IN THE UNITED STATS DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EMKO, INC. and BALKAN LOGISTICS GROUP, INC., | ) | |
| | ) | |
| | ) | Case No. 1:25-cv-05347 |
| PLAINTIFF, | ) | |
| | ) | Hon. Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| JASMINA DIMITROV, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Plaintiffs EMKO, Inc. ("EMKO") and Balkan Logistics Group, Inc. ("Balkan Logistics" and, collectively with EMKO, the "Plaintiffs") and Defendant Jasmina Dimitrov ("Defendant"), through their respective undersigned counsel, hereby submit this Status Report as ordered by the Court, Doc. 35.

The parties have exchanged written discovery and completed the depositions of Nicola Dimitrov, as representative of the Plaintiffs, Defendant Jasmina Dimitrov, and third-parties Lupus 7 and Vlatko Stoimenovski. Plaintiffs are following up on some issues related to text messages and have recently served document subpoenas seeking cell phone records related to those messages. To the extent that any further discovery issues remain after the current efforts are completed, the parties will promptly bring those to the Court's attention.

Judge Wood has set an August 11, 2026 status hearing, at which time it is currently anticipated that a dispositive motion deadline will be set.

Dated:  July 20, 2026                                  Respectfully submitted,

**PLAINTIFFS EMKO, INC. and**                          **JASMINA DIMITROV**
**BALKAN LOGISTICS GROUP, INC.**

By:___/s/ *Max A. Stein*_____          By:____/s/ *Howard L. Teplinsky*_____
      One of its attorneys                               One of her attorneys

Max A. Stein (ARDC No. 6275993)               Howard L. Teplinsky (No. 6197501)
Keith M. Stolte (ARDC No. 6244848)            MELTZER, PURTILL & STELLE LLC
MAXSON MAGO & MACAULAY LLP                     125 South Wacker Drive, Suite 2900
77 W. Wacker Drive, Suite 4500                Chicago, Illinois 60606
Chicago, IL 60601                             hteplinsky@mpslaw.com
mstein@em3law.com
kstolte@em3law.com

2