**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EMKO, INC. and BALKAN LOGISTICS GROUP, INC., | |
| Plaintiff, | Case No. 1:2025-cv-05347 |
| v. | Hon. Andrea R. Wood |
| JASMINA DIMITROV, | Magistrate Judge Maria V |
| Defendant. | |

**MOTION TO WITHDRAW**

Caitlin Chenus of Levin Ginsburg hereby moves to withdraw her appearance on behalf of Defendant Jasmina Dimitrov.  In support thereof, Attorney Chenus states as follows:

1.      Attorney Chenus and her former colleague, Howard L. Teplinsky, filed their appearances on behalf of Jasmina Dimitrov on July 11, 2025.

2.      Attorney Teplinsky has since departed from Levin Ginsburg and joined Meltzer, Purtill & Stelle LLC.

3.      Jasmina Dimitrov has elected to continue her engagement of Mr. Teplinsky at his new firm, Meltzer, Purtill & Stelle LLC.

4.      Given that Attorney Chenus remains at Levin Ginsburg and Jasmina Dimitrov has elected to continue her representation with Meltzer, Purtill & Stelle, LLC, Attorney Chenus is seeking leave to withdraw her appearance.

WHEREFORE, Caitlin Chenus respectfully requests that the Court grant her Motion to Withdraw her appearance on behalf of Defendant Jasmina Dimitrov.

2

Respectfully Submitted,

JASMINA DIMITROV,


By:   /s/ Caitlin Chenus
      One of Her Attorneys


Caitlin Chenus – cchenus@levinginsburg.com
ARDC No. 6343085
Attorney for Defendant
LEVIN GINSBURG
180 North LaSalle Street, Suite 2750
Chicago, Illinois 60601-2800
Telephone: 312-368-0100
Telefax: 312-368-0111