**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EMKO, INC. and BALKAN LOGISTICS GROUP, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:25-cv-5347 |
| v. | ) ) | |
| JASMINA DIMITROV, | ) ) | |
| Defendant. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that counsel for Howard L. Teplinsky counsel for defendant Jasmina

Dimitrov, has changed his address. Mr. Teplinsky's new address is:

> Howard L. Teplinsky
> Meltzer, Purtill & Stelle, LLC
> 125 South Wacker Drive, Suite 2900
> Chicago, IL 60606
> (312) 461-4311
> hteplinsky@mpslaw.com

_____ /s/ Howard L. Teplinsky _____

Howard L Teplinsky – 6197501
Meltzer, Purtill & Stelle, LLC
125 South Wacker Drive, Suite 2900
Chicago, IL 60606
(312) 461-4311
hteplinsky@mpslaw.com