**IN THE UNITED STATS DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EMKO, INC. and BALKAN LOGISTICS GROUP, INC., | ) ) | |
| | ) | Case No. 1:2025-cv-05347 |
| PLAINTIFF, | ) | |
| | ) | Hon. Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| JASMINA DIMITROV, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Plaintiffs EMKO, Inc. ("EMKO") and Balkan Logistics Group, Inc. ("Balkan Logistics" and, collectively with EMKO, the "Plaintiffs") and Defendant Jasmina Dimitrov ("Defendant"), through their respective undersigned counsel, hereby submit this Status Report as ordered by the Court, Doc. 42.

As indicated in the last report, Plaintiffs continue to follow up on some issues related to text messages. They have just received (but not yet reviewed) a response to one of the subpoenas they served seeking cell phone records related to those messages and are awaiting responses to others. Additionally, Defendant has indicated that she has text messages that she believed to be benign that were not previously produced and will need to supplement her production with them, but has not yet produced those messages. If any further discovery issues remain after these issues are fully resolved, the parties will promptly bring those to the Court's attention.

The next status hearing before Judge Wood, at which time it is currently anticipated that a dispositive motion deadline will be set, remains set for August 11, 2026.

Dated: August 7, 2026                                        Respectfully submitted,

**PLAINTIFFS EMKO, INC. and**                          **JASMINA DIMITROV**
**BALKAN LOGISTICS GROUP, INC.**

By:____/s/ *Max A. Stein*_____          By:_____/s/ *Howard L. Teplinsky*_____
       One of its attorneys                                   One of her attorneys

Max A. Stein (ARDC No. 6275993)                 Howard L. Teplinsky (No. 6197501)
Keith M. Stolte (ARDC No. 6244848)              MELTZER, PURTILL & STELLE LLC
MAXSON MAGO & MACAULAY LLP              125 South Wacker Drive, Suite 2900
77 W. Wacker Drive, Suite 4500                      Chicago, Illinois 60606
Chicago, IL 60601                                             hteplinsky@mpslaw.com
mstein@em3law.com
kstolte@em3law.com

2