**IN THE UNITED STATS DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EMKO, INC. and BALKAN LOGISTICS GROUP, INC., | ) | |
| | ) | Case No. 1:2025-cv-05347 |
| PLAINTIFF, | ) | |
| | ) | Hon. Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| JASMINA DIMITROV, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>STATUS REPORT</u>**

Plaintiffs EMKO, Inc. ("EMKO") and Balkan Logistics Group, Inc. ("Balkan Logistics" and, collectively with EMKO, the "Plaintiffs") and Defendant Jasmina Dimitrov ("Defendant"), through their respective undersigned counsel, hereby submit this Status Report as ordered by the Court, ECF Doc. 46.

In response to the Court's inquiry regarding a settlement conference in ECF Doc. 46, both parties have an interest in participating in a settlement conference. In her order dated August 11, 2026 (ECF Doc. 47), Judge Wood set the deadline for filing dispositive motions on October 5, 2026, allowing sufficient time for the parties to discuss settlement before the need for substantial motion practice.

For planning purposes, Plaintiff's counsel is unavailable the week of August 24 and on September 3, 11, 14 and 21. Defendant's counsel is unavailable on the following dates: the week of August 24, September 1, 2, 10 (before 11:00 am), 14, and 18-21.

Dated: August 21, 2026 Respectfully submitted,

**PLAINTIFFS EMKO, INC. and BALKAN LOGISTICS GROUP, INC.**

By: /s/ *Max A. Stein*
One of its attorneys

Max A. Stein (ARDC No. 6275993)
Keith M. Stolte (ARDC No. 6244848)
MAXSON MAGO & MACAULAY LLP
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mstein@em3law.com
kstolte@em3law.com

**JASMINA DIMITROV**

By: /s/ *Howard L. Teplinsky*
One of her attorneys

Howard L. Teplinsky (No. 6197501)
MELTZER, PURTILL & STELLE LLC
125 South Wacker Drive, Suite 2900
Chicago, Illinois 60606
hteplinsky@mpslaw.com