**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

EMKO, Inc., et al.
Plaintiff,
v.
Jasmina Dimitrov
Defendant.

Case No.: 1:25−cv−05347
Honorable Andrea R. Wood

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable Maria Valdez: Attorneys−only settlement conference held on 10/14/26, and no settlement was reached. The parties are to meet and confer, and no later than 3:00 p.m. on 10/26/26, they are to provide a joint status report notifying the court on whether a settlement has been reached or if another settlement conference is needed. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.