**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

EMKO, Inc., et al.

Plaintiff,

v.

Case No.: 1:25−cv−05347
Honorable Andrea R. Wood

Jasmina Dimitrov

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 26, 2026:

MINUTE entry before the Honorable Maria Valdez: The Court has reviewed the parties' joint status report [53]. The parties report that they have met and conferred and request additional time to continue discussions. The parties shall file a further joint status report no later than 11/3/26 notifying the Court on whether a settlement has been reached or if another settlement conference is needed. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.