**IN THE UNITED STATS DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EMKO, INC. and BALKAN LOGISTICS GROUP, INC., | ) | |
| | ) | Case No. 1:2025-cv-05347 |
| PLAINTIFF, | ) | |
| | ) | Hon. Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| JASMINA DIMITROV, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Plaintiffs EMKO, Inc. ("EMKO") and Balkan Logistics Group, Inc. ("Balkan Logistics" and, collectively with EMKO, the "Plaintiffs") and Defendant Jasmina Dimitrov ("Defendant"), through their respective undersigned counsel, hereby submit this Status Report as ordered by the Court, ECF Doc. 54. The parties continued their discussions of a potential settlement of this matter, but failed to reach agreement. The parties do not believe a further settlement conference with the Court would be productive at this time.

Dated: November 3, 2026

Respectfully submitted,

**PLAINTIFFS EMKO, INC. and BALKAN LOGISTICS GROUP, INC.**

By: /s/ *Max A. Stein*
One of their attorneys

Max A. Stein (ARDC No. 6275993)
Keith M. Stolte (ARDC No. 6244848)
MAXSON MAGO & MACAULAY LLP
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
mstein@em3law.com
kstolte@em3law.com

**JASMINA DIMITROV**

By: /s/ *Howard L. Teplinsky*
One of her attorneys

Howard L. Teplinsky (No. 6197501)
MELTZER, PURTILL & STELLE LLC
125 South Wacker Drive, Suite 2900
Chicago, Illinois 60606
hteplinsky@mpslaw.com