**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

EMKO, Inc., et al.
Plaintiff,
v.
Jasmina Dimitrov
Defendant.

Case No.: 1:25−cv−05347
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2026:

MINUTE entry before the Honorable Maria Valdez: The Court has reviewed the parties' joint status report [55]. The parties report that no settlement could be reached at this time and that they do not believe a further settlement conference would be productive. Fact discovery is complete, and all matters relating to the referral of this action having been resolved. The case is returned to the assigned judge. The parties are strongly encouraged to consider their settlement options at all stages of the litigation. If they wish to schedule another conference, they should advise the District Judge. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.